Simon Ellguth, appellee, v. John Osinski and Franciszka Osinski, appellants. Gen. No. 30,468.

Action for rent. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. George A. Curran, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Affirmed. Opinion filed May 25, 1926.

Harry C. Leemon, for appellants. William T. Dickerman, for appellee.

Mr. Justice Fitch delivered the opinion of the court.

---

### In re estate of Henrietta F. Wurts, deceased.

Consolidated Portrait & Frame Company, claimant, appellant, v. Charles P. Wurts, executor, appellee. Gen. No. 30,477.

Action upon claim against estate of decedent. Claim dismissed. Appeal from the Circuit Court of Cook county; the Hon. Kickham Scanlan, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Affirmed. Opinion filed May 25, 1926.

Frederic L. Goff, for appellant. Litsinger, Healy & Reid, for appellee.

Mr. Justice Fitch delivered the opinion of the court.

---

Mae G. Wilford, appellee, v. Fred Becklenberg, appellant. Gen. No. 30,486.

Action for money had and received. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Samuel H. Trude, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Reversed with a finding of facts. Opinion filed May 25, 1926.

William G. Wise, for appellant. No appearance for appellee.

Mr. Justice Fitch delivered the opinion of the court.

---

Max Goldberg and Abraham Cohen, appellants, v. Hershel California Fruit Products Company, appellee. Gen. No. 30,505.

Action for money had and received. Judgment for defendant. Appeal from the Superior Court of Cook county; the Hon. Walter P. Steffen, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Affirmed. Opinion filed May 25, 1926.

Philip A. Weinstein, for appellants. Edwin J. Raber and Lester Bauer, for appellee.

Mr. Justice Fitch delivered the opinion of the court.

---

Joseph Silver, appellee, v. Ethel F. Lipsey et al., appellants. Gen. No. 30,526.

Bill to establish mechanic's lien. Decree for complainant. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Affirmed. Opinion filed May 25, 1926.

Geo. F. Ort, for appellants. A. S. & E. W. Froehlich, for appellee.

Mr. Justice Fitch delivered the opinion of the court.